IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION


FILED
SEP 16 2019
Clerk, U.S. District Court
District Of Montana
Missoula

| UNITED STATES OF AMERICA, | CR 19–17–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| FRANCIS CARLTON CROWLEY, | |
| Defendant. | |

This Court granted Defendant Francis Carlton Crowley's Unopposed Motion for Psychiatric or Psychological Evaluation and Report (Doc. 18) pursuant to 18 U.S.C. §§ 4247(b) and 4247(c). The Defendant's thirty-day evaluation was scheduled to begin on August 8, 2019 and conclude on September 8, 2019 so that it could be filed with the Court on or before September 24, 2019. (Doc. 21.)

On September 6, the Court received a letter from the Warden of the Federal Detention Center in SeaTac, Washington requesting a 15-day extension as there has been a delay in receiving the Defendant's past medical records.

IT IS ORDERED that the fifteen-day extension is GRANTED. The evaluation shall be submitted to the Court on or before October 9, 2019.

DATED this 16th day of September, 2019.

Dana L. Christensen, Chief Judge
United States District Court