IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

MAR 19 2020

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. FRANCIS CARLTON CROWLEY, Defendant. | CR 19–17–M–DLC<br><br>ORDER |

Before the Court is Defendant Francis Carlton Crowley's Motion to File Documents Under Seal. (Doc. 48.) This motion will be granted.

IT IS ORDERED that Defendant's motion to file sentencing documents under seal is GRANTED.

DATED this 19th day of March, 2020.

Dana L. Christensen, District Judge
United States District Court

-1-