IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 19–17–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| FRANCIS CARLTON CROWLEY, | |
| Defendant. | |

This Court sentenced Defendant Francis Carlton Crowley on March 27, 2020. The Court has since become aware that it erroneously failed to include a page in the judgment imposing a $100.00 special assessment fee.

Accordingly, IT IS ORDERED that an amendment judgment shall be prepared and filed. The amended judgment shall require Defendant to pay a $100.00 special assessment.

DATED this 27th day of March, 2020.

Dana L. Christensen, District Judge
United States District Court